# ALABAMA COURT OF CRIMINAL APPEALS



January 31, 2025

**CR-2024-0027**

Shannon Dwayne Nickens v. State of Alabama (Appeal from Cullman Circuit Court: CC-23-65)

# <u>NOTICE</u>

You are hereby notified that on January 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk